UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOSEPH MARTIN, )
 )
       Petitioner, )
v. ) No. 1:10-cv-792-LJM-DML
 )
ALAN FINNAN, )
 )
       Respondent. )

**J U D G M E N T**

The court, having this day made its Entry,

    **IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 10/15/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Joseph Martin
#998938
1807 N. Campbell Ave.
Indianapolis, IN 46218

pamela.moran@atg.in.gov